## El Pueblo *v.* Rodríguez.

Apelación procedente de la Corte de Distrito de Humacao.

No. 2.—Resuelto en marzo 11, 1904.

APELACIÓN—PLIEGO DE EXCEPCIONES—ERRORES MANIFIESTOS.—No habiendo en los autos pliego de excepciones, ni apareciendo de los mismos que se haya cometido error alguno, la sentencia apelada deber ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Sulzbacher, emitió la siguiente opinión:

El acusado Luis Rodríguez, fué debidamente juzgado y condenado por la Corte de Distrito de Humacao, por hurto de mayor cuantía; hizo moción apelando a este tribunal. No se encuentra en los autos pliego de excepciones, ni escrito alguno, refiriéndose a error cometido por el tribunal sentenciador. Esta Corte Suprema no encuentra error alguno, y (*) por tanto la sentencia de la Corte de Distrito de Humacao debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.